**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DONNELL ASBERRY, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 22-CV-00214-GKF-CDL |
| MCINTOSH SERVICES, | ) |
|       Defendant. | ) |

**JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to this court's Order of October 12, 2022 [Doc. 6], dismissing plaintiff Donnell Asberry's Complaint pursuant to Federal Rules of Civil Procedure 4 and 41(b), it is hereby ordered, adjudged, and decreed that this case is dismissed without prejudice.

ENTERED in Tulsa, Oklahoma this 12th day of October, 2022.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma